# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135868

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HERBERT EARL ALLEN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135868
COA: 282401
Genesee CC: 06-019049-FC

     On order of the Court, the application for leave to appeal the January 29, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

t0421

_____
Clerk